FILED 15 NOV '23 12:51 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:23-cr-00378-AN |
| v. | INDICTMENT |
| GABRIEL ANGELIS SERRIANNI aka "PREACHER", | 18 U.S.C. §§ 922(o), 924(a)(2) |
| | Forfeiture Allegation |
| Defendant. | Under Seal |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Possession of a Machine Gun)**
**(18 U.S.C. §§ 922(o), 924(a)(2))**

On or about July 7, 2023, in the District of Oregon, defendant **GABRIEL ANGELIS SERRIANNI aka "PREACHER,"** did knowingly possess a machine gun, to wit: a silver and black privately made firearm with no serial number containing a "switch,"

In violation of Title 18, United States Code, Section 922(o) and 924(a)(2).

////

////

**Indictment**                                                                                   **Page 1**

## FORFEITURE ALLEGATION

Upon conviction of the offense in Count 1, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the firearm(s) involved in that offense, including without limitation:

(1) A silver and black privately made firearm with no serial number containing a switch and

(2) All associated ammunition, firearm clips and firearm accessories

Dated: November 14, 2023                      A TRUE BILL.

                                                                    ███████████████████
                                                                    OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

*/s/ Lewis S. Burkhart*

LEWIS S. BURKHART, OSB #082781
Assistant United States Attorney